**BLUMENTHAL, NORDREHAUG & BHOWMIK**
  Norman B. Blumenthal (State Bar #068687)
  Kyle R. Nordrehaug (State Bar #205975)
  Aparajit Bhowmik (State Bar #248066)
  Piya Mukherjee (State Bar #274217)
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858)551-1223
Facsimile: (858) 551-1232

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GHATTAS, an individual on behalf of himself and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FOOT LOCKER RETAIL, INC., a New York Corporation; and DOES, 1 through 50, inclusive,<br><br>Defendants. | Case No. **SACV 13-0001678 PA (JPRx)**<br><br>(Class Action)<br><br>NOTICE OF CONSENT FILING<br><br><br>Complaint Filed: November 26, 2012 |

PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiff hereby files the Consent Form on behalf of John Ghattas attached hereto as **Exhibit #1** and incorporated by this reference herein.

1
2  Dated: March 26, 2013           BLUMENTHAL, NORDREHAUG & BHOWMIK
3                                              /s/ *Aparajit Bhowmik*
                                      By:_____
4                                          Aparajit Bhowmik
                                           Attorneys for Plaintiff
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF CONSENT FILING
Case No. SACV 13-0001678 PA (JPRx)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# **EXHIBIT #1**

---

NOTICE OF CONSENT FILING

Case No. SACV 13-0001678 PA (JPRx)

## CONSENT FORM AND DECLARATION

I hereby consent to join the lawsuit against Foot Locker Retail, Inc. ("FOOT LOCKER") in the case entitled *Ghattas, et al. v. Foot Locker Retail, Inc.*, Case No. SACV 13-0001678 PA (JPRx) as a party Plaintiff to assert claims against FOOT LOCKER for violation of the Fair Labor Standards Act and for FOOT LOCKER's failure to pay overtime compensation. During the past two years, there were regular occasions when I worked over 40 hours per week for FOOT LOCKER and was underpaid overtime compensation.

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest FOOT LOCKER's failure to pay me wages and overtime as required under state and federal law and also authorize the filing of this consent in the action(s) challenging such conduct.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Signature: *[signed]*  Date: 3/22/2013

Print Name: John Ghattas

# CERTIFICATE OF SERVICE

I, at all relevant times, was a citizen of the United States and a resident of the County of San Diego and am employed by the attorney of record in this action located at 2255 Calle Clara, La Jolla, California 92037. I hereby certify that the following document(s):

**(1) NOTICE OF CONSENT FILING**

have been served on the parties pursuant to the following method(s):

__XX__    (BY ELECTRONIC SERVICE): I caused the listed documents to be electronically filed through the CM/ECF system at the United States District Court for the Central District of California which generates a Notice of Electronic Filing to all parties and constitutes service of the electronically filed documents on all parties for purposes of the Federal Rules of Civil Procedure.

__XX__    (Federal): I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made, and that the foregoing is true an correct under penalty of perjury

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on March 26, 2013 at La Jolla, California.

*/s/ Aparajit Bhowmik*
———————————————
Aparajit Bhowmik

K:\D\Dropbox\Pending Litigation\Footlocker - Ghattas\p-pos-Consent Filing.wpd