Norman B. Blumenthal (SBN 68687)
 *norm@bamlawlj.com*
Kyle R. Nordrehaug (SBN 205985)
 *kyle@bamlawlj.com*
Aparajit Bhowmik (SBN 248066)
 *aj@bamlawlj.com*
Blumenthal, Nordrehaug & Bhowmik
2255 Calle Clara
La Jolla, CA  92037
Tel. (858) 551-1223
Fax (858) 551-1232

Attorneys for Plaintiff
JOHN GHATTAS, an individual, on behalf of
himself and on behalf of all persons similarly situated

Tracy Thompson (SBN 88173)
 *tt@millerlawgroup.com*
M. Michael Cole (SBN 235538)
 *mmc@millerlawgroup.com*
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA  94104
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendant
FOOT LOCKER RETAIL, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GHATTAS, an individual, on behalf of himself and on behalf of all persons similarly situated,<br><br>            Plaintiff(s),<br><br>v.<br><br>FOOT LOCKER RETAIL, INC., a New York Corporation; and DOES 1 through 50, inclusive,<br><br>            Defendant(s). | Case No.:  CV13-01678 PA (JPRx)<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER FOR STANDARD LITIGATION**<br><br><br>Complaint filed:  January 25, 2013 |

1

1  Pursuant to the Stipulated Protective Order for Standard Litigation entered into
2  between the parties, THE STIPULATION IS GRANTED AND IT IS SO ORDERED.

4  DATED: May 1, 2013

   Honorable Percy Anderson
   United States District Judge

28 4814-1840-3347, v. 1

1
**STIPULATED PROTECTIVE ORDER FOR STANDARD LITIGATION**
**USDC Case No.: CV13-01678 PA (JPRx)**